**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tina M. Boyd<br>Larry O. Boyd<br><br>          <u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 13-21588 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, National Association and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/ James C. Warmbrodt, Esquire**
                              James C. Warmbrodt, Esquire
                              jwarmbrodt@kmllawgroup.com
                              Attorney I.D. No. 42524
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              Phone: (215)-627-1322
                              Attorney for Movant/Applicant