Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Larry O. Boyd**
**Tina M. Boyd**
Debtor(s)

Bankruptcy Case No.: 13−21588−CMB

Chapter: 13
Docket No.: 83 − 80

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 29th of May, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/28/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/18/18 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/28/18.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 13-21588-CMB
Larry O. Boyd                                                            Chapter 13
Tina M. Boyd
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe                Page 1 of 2                Date Rcvd: May 29, 2018
                              Form ID: 408              Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
```
db/jdb         +Larry O. Boyd,    Tina M. Boyd,    109 Perry Avenue,    Belle Vernon, PA 15012-2631
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13611550       +AAS Debt Recovery, Inc.,    2526 Monroeville Blvd., Suite 205,    Monroeville, PA 15146-2371
13611556      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,    P.O. Box 14931,    Pittsburgh, PA 15234)
13657656       +Capital Recovery V, LLC,    PO Box 12931,    Norfolk, VA 23541-0931
13644495       +Century Heritage FCU,    c/o James A. Steiner, Esq.,    650 Smithfield St., Ste. 1700,
                 Pittsburgh, PA 15222-3913
13611554       +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
13611555       +Citifinancial,    7467 Ridge Road,    Hanover, MD 21076-3139
13611557       +Columbia House,    P.O. Box 91601,    Rantoul, IL 61866-8601
13611558       +Columbia House DVD Club,    P.O. Box 91601,    Rantoul, IL 61866-8601
13611559       +Comcast 3 Rivers (Keystone West),    P.O. Box 719,    Toledo, OH 43697-0719
13611562       +Emergency Resources Management,    Quantam One,    Two Hot Metal Street, 2nd Floor,
                 Pittsburgh, PA 15203-2348
13611563       +First Energy fka Allegheny Power,    800 Cabin Hill Drive,    Greensburg, PA 15601-1650
13639670       +First National Bank of Pa.,    c/o AAS Debt Recovery Inc.,    PO Box 129,
                 Monroeville, PA 15146-0129
13611564       +First National Bank of Pennsylvania,    3320 East State Street,    Hermitage, PA 16148-3399
13611565       +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
13611566       +Foundation Radiology Group, PC,    75 Remittance Drive #3310,    Chicago, IL 60675-3310
13611567       +I C System, Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
13611568       +Med Express Urgent Care,    870 Rostraver Road,    Belle Vernon, PA 15012-1945
13611570        NCO Financial,    P.O. Box 13570,    Philadelphia, PA 19101
13611571        NCO Financial/51,    P.O. Box 13574,    Philadelphia, PA 19101
13614992       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14016429       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13611573       +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
13611574       +PNC Bank National Association,    P.O. Box 5570,    Cleveland, OH 44101-0570
13611575       +PNC Mortgage,    3232 Nemark Drive,    Miamisburg, OH 45342-5433
13611572       +People's Natural Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
13611576       +Prime Medical Group Under 1 Year,    515 Broad Avenue,    Belle Vernon, PA 15012-1405
13611577       +Spartan Financial Services,    13730 South Point Blvd.,    Charlotte, NC 28273-7715
13611578       +Sunrise Credit Service, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
13611581       +US Department of Education,    Attn: Borrowers Service,    P.O. Box 5609,
                 Greenville, TX 75403-5609
13611582       +US Dept. of Education,    P.O. Box 7860,    Madison, WI 53707-7860
13611583       +USDOE/GLELSI,    2401 International,    Madison, WI 53704-3121
13633733        United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973
13611579       +Universal Fidelity,    1445 Langham Creek,    Houston, TX 77084-5012
13611585       +Weltman, Weinberg & Reis CO LPA,    1400 Koppers Building,    436 Seventh Avenue,
                 Pittsburgh, PA 15219-1842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com May 30 2018 01:55:11
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13611551       +E-mail/Text: seinhorn@ars-llc.biz May 30 2018 01:59:24      Ability Recovery Service,
                 P.O. Box 4031,    Wyoming, PA 18644-0031
13654737        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2018 02:02:20
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13677000       +E-mail/Text: bankruptcy@cavps.com May 30 2018 01:58:54      Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13611553       +E-mail/Text: draible@chfcu.org May 30 2018 01:58:56      Century Heritage FCU,
                 9 South 2nd Street,    Duquesne, PA 15110-1147
13611560       +E-mail/Text: abovay@creditmanagementcompany.com May 30 2018 01:58:58
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13616161        E-mail/Text: mrdiscen@discover.com May 30 2018 01:57:29      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13611561       +E-mail/Text: mrdiscen@discover.com May 30 2018 01:57:29      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
13695493        E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2018 01:56:19
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13611569       +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2018 01:58:17      Midland Funding,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
```

```
District/off: 0315-2          User: kthe              Page 2 of 2                Date Rcvd: May 29, 2018
                              Form ID: 408            Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13651900       +E-mail/Text: csidl@sbcglobal.net May 30 2018 01:59:00      Premier Bankcard/ Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13628905        E-mail/PDF: rmscedi@recoverycorp.com May 30 2018 02:02:08
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13611580       +E-mail/Text: BankruptcyNotice@upmc.edu May 30 2018 01:59:08      UPMC Physician Services,
                 507 West Newton Street,   Greensburg, PA 15601-2819
13611584       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 30 2018 01:57:23
                 Verizon Wireless,    Attn: Bankruptcy,    PO Box 3397,   Bloomington, IL 61702-3397
13671879       +E-mail/Text: bankruptcy@firstenergycorp.com May 30 2018 01:58:33      West Penn Power,
                 1310 Fairmont Ave.,   Fairmont, WV 26554-3526
13611586       +E-mail/Text: bankruptcy@firstenergycorp.com May 30 2018 01:58:33      West Penn Power,
                 76 South Main Street,    A-RPC,   Akron, OH 44308-1817
                                                                                             TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
13611552      ##+Bureau of Collection Recovery,    7575 Corporate Way,   Eden Prairie, MN 55344-2022
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey S. Golembiewski    on behalf of Debtor Larry O. Boyd jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Joint Debtor Tina M. Boyd jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 6
```