| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Larry O. Boyd** | Social Security number or ITIN   **xxx–xx–2566** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tina M. Boyd** | Social Security number or ITIN   **xxx–xx–3622** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **13–21588–CMB** | | |

# Order of Discharge                                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Larry O. Boyd                                       Tina M. Boyd

7/18/18                                             **By the court:**     <u>Carlota M. Bohm</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-21588-CMB
Larry O. Boyd                                                             Chapter 13
Tina M. Boyd
         Debtors                     **CERTIFICATE OF NOTICE**

District/off: 0315-2         User: bsil                 Page 1 of 2           Date Rcvd: Jul 18, 2018
                             Form ID: 3180W             Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
```
db/jdb         +Larry O. Boyd,    Tina M. Boyd,    109 Perry Avenue,    Belle Vernon, PA 15012-2631
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13611550       +AAS Debt Recovery, Inc.,    2526 Monroeville Blvd., Suite 205,    Monroeville, PA 15146-2371
13611552       +Bureau of Collection Recovery,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
13611556      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,     P.O. Box 14931,    Pittsburgh, PA 15234)
13657656       +Capital Recovery V, LLC,    PO Box 12931,    Norfolk, VA 23541-0931
13644495       +Century Heritage FCU,    c/o James A. Steiner, Esq.,    650 Smithfield St., Ste. 1700,
                 Pittsburgh, PA 15222-3913
13611555       +Citifinancial,    7467 Ridge Road,    Hanover, MD 21076-3139
13611557       +Columbia House,    P.O. Box 91601,    Rantoul, IL 61866-8601
13611558       +Columbia House DVD Club,    P.O. Box 91601,    Rantoul, IL 61866-8601
13611559       +Comcast 3 Rivers (Keystone West),    P.O. Box 719,    Toledo, OH 43697-0719
13611562       +Emergency Resources Management,    Quantam One,    Two Hot Metal Street, 2nd Floor,
                 Pittsburgh, PA 15203-2348
13611563       +First Energy fka Allegheny Power,    800 Cabin Hill Drive,    Greensburg, PA 15601-1650
13639670       +First National Bank of Pa.,    c/o AAS Debt Recovery Inc.,    PO Box 129,
                 Monroeville, PA 15146-0129
13611564       +First National Bank of Pennsylvania,    3320 East State Street,    Hermitage, PA 16148-3399
13611566       +Foundation Radiology Group, PC,    75 Remittance Drive #3310,    Chicago, IL 60675-3310
13611568       +Med Express Urgent Care,    870 Rostraver Road,    Belle Vernon, PA 15012-1945
13611570        NCO Financial,    P.O. Box 13570,    Philadelphia, PA 19101
13611571        NCO Financial/51,    P.O. Box 13574,    Philadelphia, PA 19101
13614992       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14016429       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13611573       +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
13611574       +PNC Bank National Association,    P.O. Box 5570,    Cleveland, OH 44101-0570
13611575       +PNC Mortgage,    3232 Nemark Drive,    Miamisburg, OH 45342-5433
13611572       +People’s Natural Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
13611576       +Prime Medical Group Under 1 Year,    515 Broad Avenue,    Belle Vernon, PA 15012-1405
13611577       +Spartan Financial Services,    13730 South Point Blvd.,    Charlotte, NC 28273-7715
13611578       +Sunrise Credit Service, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
13611581       +US Department of Education,    Attn: Borrowers Service,    P.O. Box 5609,
                 Greenville, TX 75403-5609
13611582       +US Dept. of Education,    P.O. Box 7860,    Madison, WI 53707-7860
13611583       +USDOE/GLELSI,    2401 International,    Madison, WI 53704-3121
13633733        United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI   53708-8973
13611579       +Universal Fidelity,    1445 Langham Creek,    Houston, TX 77084-5012
13611585       +Weltman, Weinberg & Reis CO LPA,    1400 Koppers Building,    436 Seventh Avenue,
                 Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:22:55      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr              EDI: RECOVERYCORP.COM Jul 19 2018 05:58:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL   33131-1605
13611551       +E-mail/Text: seinhorn@ars-llc.biz Jul 19 2018 02:24:12      Ability Recovery Service,
                 P.O. Box 4031,    Wyoming, PA 18644-0031
13654737        EDI: AIS.COM Jul 19 2018 05:58:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
13677000        E-mail/Text: bankruptcy@cavps.com Jul 19 2018 02:23:45      Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13611553       +E-mail/Text: draible@chfcu.org Jul 19 2018 02:23:47      Century Heritage FCU,
                 9 South 2nd Street,    Duquesne, PA 15110-1147
13611554       +EDI: CHASE.COM Jul 19 2018 05:58:00      Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
13611560       +E-mail/Text: abovay@creditmanagementcompany.com Jul 19 2018 02:23:51
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13616161        EDI: DISCOVER.COM Jul 19 2018 05:58:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH   43054-3025
13611561       +EDI: DISCOVER.COM Jul 19 2018 05:58:00      Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE 19850-5316
13611565       +EDI: AMINFOFP.COM Jul 19 2018 05:58:00      First Premier Bank,    601 South Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
13611567       +EDI: IIC9.COM Jul 19 2018 05:58:00      I C System, Inc.,    P.O. Box 64378,
                 Saint Paul, MN 55164-0378
```

```
District/off: 0315-2          User: bsil              Page 2 of 2              Date Rcvd: Jul 18, 2018
                              Form ID: 3180W          Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13695493        EDI: RESURGENT.COM Jul 19 2018 05:58:00     LVNV Funding, LLC its successors and assigns as,
                  assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
13611569       +EDI: MID8.COM Jul 19 2018 05:58:00     Midland Funding,    8875 Aero Drive,   Suite 200,
                  San Diego, CA 92123-2255
13651900       +E-mail/Text: csidl@sbcglobal.net Jul 19 2018 02:23:53      Premier Bankcard/ Charter,
                  P.O. Box 2208,   Vacaville, CA 95696-8208
13628905        EDI: RECOVERYCORP.COM Jul 19 2018 05:58:00     Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13611580       +E-mail/Text: BankruptcyNotice@upmc.edu Jul 19 2018 02:23:59      UPMC Physician Services,
                  507 West Newton Street,   Greensburg, PA 15601-2819
13611584       +EDI: VERIZONCOMB.COM Jul 19 2018 05:58:00     Verizon Wireless,   Attn: Bankruptcy,
                  PO Box 3397,   Bloomington, IL 61702-3397
13671879       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 19 2018 02:23:26      West Penn Power,
                  1310 Fairmont Ave.,   Fairmont, WV 26554-3526
13611586       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 19 2018 02:23:26      West Penn Power,
                  76 South Main Street,   A-RPC,   Akron, OH 44308-1817
                                                                                               TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
                                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2018 at the address(es) listed below:

```
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey S. Golembiewski    on behalf of Debtor Larry O. Boyd jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Joint Debtor Tina M. Boyd jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 6
```