# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    LARRY O. BOYD<br>    TINA M. BOYD<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>        vs.<br>    No Repondents. | Case No.:13-21588<br><br>Chapter 13<br>Related to:<br>Document No.: 80<br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this __18th__ day of __July__, 20__18__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE

kmt

FILED
7/18/18 7:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 13-21588-CMB
Larry O. Boyd                                                       Chapter 13
Tina M. Boyd
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2           User: bsil                  Page 1 of 2                  Date Rcvd: Jul 18, 2018
                               Form ID: pdf900             Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db/jdb         +Larry O. Boyd,    Tina M. Boyd,   109 Perry Avenue,    Belle Vernon, PA 15012-2631
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +PNC Mortgage,    3232 Newmark Drive,   Miamisburg, OH 45342-5433
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13611550       +AAS Debt Recovery, Inc.,    2526 Monroeville Blvd., Suite 205,    Monroeville, PA 15146-2371
13611552       +Bureau of Collection Recovery,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
13611556      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,     P.O. Box 14931,    Pittsburgh, PA 15234)
13657656       +Capital Recovery V, LLC,    PO Box 12931,   Norfolk, VA 23541-0931
13644495       +Century Heritage FCU,    c/o James A. Steiner, Esq.,    650 Smithfield St., Ste. 1700,
                 Pittsburgh, PA 15222-3913
13611554       +Chase Bank,    PO Box 15298,   Wilmington, DE 19850-5298
13611555       +Citifinancial,    7467 Ridge Road,   Hanover, MD 21076-3139
13611557       +Columbia House,    P.O. Box 91601,   Rantoul, IL 61866-8601
13611558       +Columbia House DVD Club,    P.O. Box 91601,   Rantoul, IL 61866-8601
13611559       +Comcast 3 Rivers (Keystone West),    P.O. Box 719,   Toledo, OH 43697-0719
13611562       +Emergency Resources Management,    Quantam One,   Two Hot Metal Street, 2nd Floor,
                 Pittsburgh, PA 15203-2348
13611563       +First Energy fka Allegheny Power,    800 Cabin Hill Drive,    Greensburg, PA 15601-1650
13639670       +First National Bank of Pa.,    c/o AAS Debt Recovery Inc.,    PO Box 129,
                 Monroeville, PA 15146-0129
13611564       +First National Bank of Pennsylvania,    3320 East State Street,    Hermitage, PA 16148-3399
13611565       +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
13611566       +Foundation Radiology Group, PC,    75 Remittance Drive #3310,    Chicago, IL 60675-3310
13611567       +I C System, Inc.,    P.O. Box 64378,   Saint Paul, MN 55164-0378
13611568       +Med Express Urgent Care,    870 Rostraver Road,   Belle Vernon, PA 15012-1945
13611570        NCO Financial,    P.O. Box 13570,   Philadelphia, PA 19101
13611571        NCO Financial/51,    P.O. Box 13574,   Philadelphia, PA 19101
13614992       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
14016429       +PNC BANK, N.A.,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13611573       +PNC Bank,    P.O. Box 3180,   Pittsburgh, PA 15230-3180
13611574       +PNC Bank National Association,    P.O. Box 5570,   Cleveland, OH 44101-0570
13611575       +PNC Mortgage,    3232 Nemark Drive,   Miamisburg, OH 45342-5433
13611572       +People's Natural Gas Company,    P.O. Box 644760,   Pittsburgh, PA 15264-4760
13611576       +Prime Medical Group Under 1 Year,    515 Broad Avenue,    Belle Vernon, PA 15012-1405
13611577       +Spartan Financial Services,    13730 South Point Blvd.,   Charlotte, NC 28273-7715
13611578       +Sunrise Credit Service, Inc.,    P.O. Box 9100,   Farmingdale, NY 11735-9100
13611581       +US Department of Education,    Attn: Borrowers Service,   P.O. Box 5609,
                 Greenville, TX 75403-5609
13611582       +US Dept. of Education,    P.O. Box 7860,   Madison, WI 53707-7860
13611583       +USDOE/GLELSI,    2401 International,   Madison, WI 53704-3121
13633733        United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973
13611579       +Universal Fidelity,    1445 Langham Creek,   Houston, TX 77084-5012
13611585       +Weltman, Weinberg & Reis CO LPA,    1400 Koppers Building,   436 Seventh Avenue,
                 Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2018 02:30:35
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13611551       +E-mail/Text: seinhorn@ars-llc.biz Jul 19 2018 02:24:12     Ability Recovery Service,
                 P.O. Box 4031,    Wyoming, PA 18644-0031
13654737        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2018 02:31:39
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13677000       +E-mail/Text: bankruptcy@cavps.com Jul 19 2018 02:23:45     Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13611553      ++E-mail/Text: draible@chfcu.org Jul 19 2018 02:23:47     Century Heritage FCU,
                 9 South 2nd Street,    Duquesne, PA 15110-1147
13611560       +E-mail/Text: abovay@creditmanagementcompany.com Jul 19 2018 02:23:51
                 Credit Management Company,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13616161        E-mail/Text: mrdiscen@discover.com Jul 19 2018 02:22:08     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13611561       +E-mail/Text: mrdiscen@discover.com Jul 19 2018 02:22:08     Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
13695493        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2018 02:30:00
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13611569       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 19 2018 02:23:18     Midland Funding,
                 8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
```

```
District/off: 0315-2          User: bsil            Page 2 of 2                  Date Rcvd: Jul 18, 2018
                              Form ID: pdf900       Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13651900        +E-mail/Text: csidl@sbcglobal.net Jul 19 2018 02:23:53      Premier Bankcard/ Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
13628905         E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2018 02:30:35
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13611580        +E-mail/Text: BankruptcyNotice@upmc.edu Jul 19 2018 02:23:59      UPMC Physician Services,
                 507 West Newton Street,   Greensburg, PA 15601-2819
13611584        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 19 2018 02:22:05
                 Verizon Wireless,   Attn: Bankruptcy,   PO Box 3397,   Bloomington, IL 61702-3397
13671879        +E-mail/Text: bankruptcy@firstenergycorp.com Jul 19 2018 02:23:27      West Penn Power,
                 1310 Fairmont Ave.,   Fairmont, WV 26554-3526
13611586        +E-mail/Text: bankruptcy@firstenergycorp.com Jul 19 2018 02:23:27      West Penn Power,
                 76 South Main Street,   A-RPC,   Akron, OH 44308-1817
                                                                                                TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC BANK, NATIONAL ASSOCIATION
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey S. Golembiewski    on behalf of Debtor Larry O. Boyd jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Joint Debtor Tina M. Boyd jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 6
```